United States District Court
Southern District of Texas
**ENTERED**
April 30, 2023
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| ERIK GARCIA, | § | CIVIL ACTION NO |
| Plaintiff, | § | 4:23-cv-00869 |
| | § | |
| | § | |
| vs. | § | JUDGE CHARLES ESKRIDGE |
| | § | |
| | § | |
| CHARMA | § | |
| ENTERPRISES INC, | § | |
| Defendant. | § | |

ORDER

Plaintiff Erik Garcia has provided notice of settlement of his claims against Defendant Charma Enterprises Inc. Dkt 10.

All claims by Plaintiff against Defendant are DISMISSED WITH PREJUDICE.

Plaintiff may move within sixty days to reinstate his claims against Defendant if approval of documentation or condition precedent fails.

SO ORDERED.

Signed on April 27, 2023, at Houston, Texas.

_____
Hon. Charles Eskridge
United States District Judge